**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Jacqueline R. Wynn, Examiner
5550 Friendship Blvd.
Chevy Chase, MD. 20815

Civil Action, File Number __CA-06-0421__

__Gregory M. Longus, Jr.__
V.
__Jacqueline R. Wynn, Examiner, etal__

pursuant to the Federal Rules of Civil Procedure.

art of this form below, AND RETURN COPIES 1 AND 2 to the sender within
e. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
er entity, you must indicate under your signature your relationship to that entity. If
horized to receive process, you must indicate under your signature your authority.

of this form to the sender within ____ days, you (or the party on whose behalf you
urred in serving a summons and complaint in any other manner permitted by law.

his form, you (or the party on whose behalf you are being served) must answer the
ere sent. If you fail to do so, judgment by default will be taken against you for the

tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

RECEIVED
APR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense