**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Otis Thomas, Examiner
1 West Park Bldg.
Chevy Chase, Md. 20815

Civil Action, File Number __CA-6-0421  JGP__

__Gregory M. Longus, Jr.__
V.
__Jacqueline R. Wynn, Examiner, et al__

pursuant to the Federal Rules of Civil Procedure.

part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
se. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
her entity, you must indicate under your signature your relationship to that entity. If
thorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you
curred in serving a summons and complaint in any other manner permitted by law.

this form, you (or the party on whose behalf you are being served) must answer the
were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

T OF RECEIPT OF SUMMONS AND COMPLAINT

eived a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

**RECEIVED**
**APR 7 – 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense