**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Issia Foldwood, Commissioner
1 West Park Bldg.
Chevy Chase, MD. 20815

Civil Action, File Number __cA-06-0421__

__Gregory M. Longus, Jr.__
V.
__Jacqueline R. Wynn, Examiner__

[...]d pursuant to the Federal Rules of Civil Procedure.

[...] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...]ose. Keep copy 3 for your records.

[...]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...]her entity, you must indicate under your signature your relationship to that entity. If [...]uthorized to receive process, you must indicate under your signature your authority.

[...]2 of this form to the sender within ____ days, you (or the party on whose behalf you [...]curred in serving a summons and complaint in any other manner permitted by law.

[...]this form, you (or the party on whose behalf you are being served) must answer the [...]vere sent. If you fail to do so, judgment by default will be taken against you for the

[...]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
[...]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

RECEIVED
APR 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense