# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

GREGORY M. LONGUS

Case No. __F 1862 99 "C"__
PDID No. __354543__

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of __COF63__ and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to __THREATS TO INJURE A PERSON__

"C" 60 MONTHS TO 20 YEARS ESS ALL BUT 1 YEAR
5 YEAR SUPERVISED PROBATION

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☑ MANDATORY MINIMUM term does not apply.
☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.
☑ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☑ Treatment for ☐ alcohol problems ☑ drug dependency or abuse as follows:
WEEKLY DRUG TESTING AND ALCOHOL TESTING AT THE DISCRET
OF YOUR PROBATION OFFICER WEEKLY RANDOM AT OUTSET
☐ Restitution of $_____ in monthly installments of $_____ beginning _____

(see reverse side for payment instructions). The Court
will distribute monies to ENTER AND COMPLETE THE DOMESTIC VIOLENCE
☐ INTERVENTION PROGRAM. DEFENDANT MUST PAY LAWFUL CHILD SUPPORT,
MENTAL HEALTH COUNSELING IN THE DISCRETION OF THE PROBATION OFFICER.
THE DEFENDANT MUST PAY $100.00 A DAY FROM RECEIPT CAUSE INDIRECTLY BE DIRECTLY
Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have ☐ have not been paid. AT ALL TIMES ALSO A REASONABLE
EXPLANATION AT ALL TIMES, AT THE DISCRETION OFFICER GOOD FAITH
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized officials and that the
copy shall serve as the commitment/order for the defendant. WITH SERVICING
WITH REC OF REPORT IN AID
OF SENTENCING

__9-10-99__
Date

__[signature]__
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

__9-10-99__
Date

__Duane Lenn A-Z__
Deputy Clerk

Form CDU(B)-1040/Aug. 87