**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Criminal Division – Felony Branch

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. F-1862-99 |
| v. | : | Judge Milliken |
| | : | Show Cause 07/24/01 |
| GREGORY M. LONGUS | : | |

O R D E R

The attached violation report from Probation Officer Denise Lent, notes the following violations of probation:

**TECHNICAL:**

- Failure to keep the following scheduled appointments: 04/26/01.

- Illegal use of drugs with the results and dates of tests: Positive testing for Cocaine from 02/23/01-06/05/01.

- Failure to enter and complete Domestic Violence Intervention Program.

- Failure to pay $100.00 Victim Crime Prevention fee.

- Failure to report to CIT drug assessment on 04/30/01, and SATB self-help drug counselling on 03/26/01.

- Suspended for regularly scheduled drug testing on 12/20/00; 04/20/01 and 06/18/01.

Therefore, it is this 3rd day of JULY, 2001,

ORDERED, that the defendant, Gregory M. Longus, appear on July 24, 2001, at 9:00 a.m., in Courtroom No. C-10 to show cause why his probation should not be revoked by reason of his failure to abide by the conditions of his probation; and it is

A-3

**FURTHER ORDERED** that failure to appear may result in the issuance of a bench warrant.

Stephen G. Milliken
Judge

Copies to:

Office of the United States Attorney
Misdemeanor Branch
555 4th Street, NW
Washington, DC 20001

Steven Jackson, Esquire
419 - 7th Street, N.W. #401
Washington, D.C. 20004

Jennifer Le
Probation Officer
409 E Street, N.W.
Washington, D.C. 20001

Gregory Longus
(No address shown)