

**Court Services and Offender Supervision Agency**
**for the District of Columbia**

*Community Supervision Services*
Investigations, Diagnostics, and Evaluation Branch

May 20, 2004

Rivers Correctional Institution
Attention: Inmate Gregory M. Longus
Federal Register No. 30333-007
P.O. Box 630/Unit B-1
Winton, North Carolina 27986-0630

RE: Pre-sentence Investigation Report

Dear Mr. Longus:

We have reviewed your request to Director Paul Quander for corrective action of your pre-sentence investigation report. Our review reveals that the document submitted to the Court by our agency in September 1999, contained information that was not appropriate. We have taken corrective measures to remove this information and revise the pre-sentence investigation report. Please find attached a revised version of your pre-sentence investigation report. This information is also being forwarded to the warden at the Rivers Correctional Institution and the sentencing judge in your case, The Honorable Stephen G. Milliken.

If you should have any additional questions regarding your pre-sentence investigation, you may forward your correspondence directly to

Court Services and Offender Supervision Agency
Community Supervision Services
Attention: Edmond L. Pears, Branch Chief
800 North Capitol Street, N.W., Suite 2700
Washington, D.C. 20001

*800 North Capitol Street, NW, Room 2700, Washington, DC 20001*
*Voice: (202) 442-1491    Fax: (202) 442-1597*

We apologize if the inappropriate information has caused you any difficulty during your incarceration. If we may be any further assistance, please feel free to contact me.

Sincerely,

Edmond L. Pears
Branch Chief

Attachments:

Cc: Paul Quander, Director
Thomas H. Williams, Associate Director, CSS
George Pruden, General Counsel
Warden George Snyder