# 2.80 Guideline Worksheet

Name: __Longus, Gregory__   Reg. No. __30333-007__

Institution: __Rivers__   Hearing Date: __3/24/05__

Hearing Type: __Initial__

## Base Point Score

Note: If an item *does not apply*, please leave that item blank.

1. Base Point Score Guideline Range ............................... __18 - 24__
2. Months to Parole Eligibility ....................................... __58 - 58__
3. Disciplinary Guidelines (*prior to last hearing*) ............... _____
4. Superior Program Achievement (*prior to last hearing*) ....... _____
5. Prior Guideline Range Conversion
   (*Lines 1 + 2 + 3 minus Line 4*) ................................. _____
6. Disciplinary Guidelines (*since last hearing*)
   (*Complete Worksheet on Page 3*) ................................ __0 - 0__
7. Superior Program Achievement (*since last hearing*)
   (*Complete Worksheet on Page 3*) ................................ __0 - 0__
8. Total Guideline Range
   (*Lines 5 + 6 minus Line 7*) ..................................... __76 - 82__

| Base Point Score | Base Point Score Guideline Range |
|---|---|
| 3 or less | 0-0 months |
| 4 | 12-18 months |
| 5 | 18-24 months |
| 6 | 36-48 months |
| 7 | 54-72 months |
| 8 | 72-96 months |
| 9 | 110-140 months |
| 10 | 156-192 months |

| Base Point Score | Rehearing Range |
|---|---|
| 0-4 | 12-18 months |
| 5-8 | 18-24 months |
| 9 | 22-28 months |
| 10 | 26-32 months |

**Disciplinary Infractions.** If the prisoner had 1 additional point added to the point score for disciplinary infractions, use (a) 1 x the applicable rehearing range; or (b) the guideline range from Section 2.36, whichever is less. If the prisoner had 2 additional points added to the point score for disciplinary infractions, use (a) 2 x the applicable rehearing range, or (b) the guideline range from Section 2.36, whichever is less. **Superior Program Achievement.** If the prisoner received a 2 point reduction for SPA (not ordinary program achievement), subtract 1 x the applicable rehearing range.

# 2.80 Guideline Worksheet

Name: _____   Reg. No. _____

You have been in confinement as a result of your current offense and/or violation behavior for a total of __60__ months as of __7-21-05__ to be credited toward the guideline range that applies to your term(s).

After review of all relevant factors and information presented, (check one of the following:)

[X] a decision outside the Total Guideline Range at this consideration is not found warranted.
___ a decision above the Total Guideline Range is warranted because (dictate in summary)
___ a decision below the Total Guideline Range is warranted because (dictate in summary)

If a reconsideration hearing is recommended, complete the following:

You have been scheduled for a reconsideration hearing in _____ after the service of _____ months from your current hearing date.

**Executive Hearing Examiner's Note to Data Technician:**

[ ] Copy reasons from addendum (instead of hearing summary).

Hearing Examiner _____[signature]_____   Date: 7-13-05

Executive Hearing Examiner _____[signature]_____   Date: 7/7/05

## 2.80 Guideline Worksheet
### Institutional Behavior

Name: _Longus, G_____    Reg. No. _20377-007_

### Disciplinary Guidelines

Note: Include only behavior that has occurred *since the last hearing* or has not previously been considered by the Commission

~~NA~~

1. You have _____ **non-drug related infraction(s)** *[0-2 months each]*, which require(s) ___ - ___ months to be added to your base point score guideline range.

2. You have _____ **drug related infraction(s)** *[0-8 months each]*, which require(s) ___ - ___ months to be added to your base point score guideline range.

3a. You have committed behavior that constitutes new criminal conduct in a prison facility or community corrections center which is rated as Category _____ severity because it involved _____
_____
This requires ___ - ___ months to be added to your base point score guideline range. *(If additional criminal conduct in a prison facility, use Page 4.)*

4. You escaped or attempted to escape from non-secure custody with voluntary return in 6 days or less on _____ occasion(s) *[0-6 months each]*, which requires ___ - ___ months to be added to your base point score guideline range.

5. You escaped or attempted to escape from secure custody/non-secure custody without prompt voluntary return on _____ occasion(s) *[8-16 months each]*, which requires ___ - ___ months to be added to your base point score guideline range.

6. You have committed behavior that constitutes new criminal conduct *[that extends into the community]* **[in the community while on]** **[pass from a community corrections center]** **[furlough]** **[work release]** **[escape]** which is rated as Category _____ severity because it involved _____

7. You have an aggregate disciplinary guideline range of ___ - ___ months, which is to be added to your base point score guideline range. *(Use this only if two or more of the above paragraphs apply.)*

Your new salient factor score (SFS-98) is ___ - ___. Commission guidelines which consider the above factors require ___ - ___ months to be added to your base point score guideline range.

### Superior Program Achievement Award
Note: Include only Program Achievement since the last hearing

You have been granted a reduction of ⃝ months from your Total Guideline Range for superior program achievement. This was granted because: *(dictate the reasons for granting SPA in the Addendum Section at the end of the hearing summary using appropriate wording to appear on the Notice of Action).*

Revised 5/6/03

## 2.80 Guideline Worksheet
### Institutional Behavior (continued)

(Use this page only if additional criminal conduct in a prison facility is not captured on Page 3)

Name: _____   Reg. No. _____

### New Criminal Conduct

Note: Include only behavior that has occurred *since the last hearing* or has not previously been considered by the Commission

3b. In addition, you have committed behavior that constitutes new criminal conduct in a prison facility or in a community corrections center which is rated as Category _____ severity because it involved _____ indicating a guideline range of _____ - _____ months to be added to your original [guideline range] [presumptive] [effective] parole date (_____).

3c. In addition, you have committed behavior that constitutes new criminal conduct in a prison facility or in a community corrections center which is rated as Category _____ severity because it involved _____ indicating a guideline range of _____ - _____ months to be added to your original [guideline range] [presumptive] [effective] parole date (_____).

3d. In addition, you have committed behavior that constitutes new criminal conduct in a prison facility or in a community corrections center which is rated as Category _____ severity because it involved _____ indicating a guideline range of _____ - _____ months to be added to your original [guideline range] [presumptive] [effective] parole date (_____).

3e. In addition, you have committed behavior that constitutes new criminal conduct in a prison facility or in a community corrections center which is rated as Category _____ severity because it involved _____ indicating a guideline range of _____ - _____ months to be added to your original [guideline range] [presumptive] [effective] parole date (_____).

# 2.80 Guideline Worksheet
## Salient Factor Score
### (SFS-98)

Name: __Longus, Gregory__     Reg. No. __20593-007__

| Item | |
|---|---|
| **A** | **Prior Convictions/Adjudications (Adult or Juvenile)** .................... [1] |
| | None = 3; One = 2; Two or Three = 1; Four or More = 0 |
| **B** | **Prior Commitment(s) of More Than 30 Days (Adult or Juvenile)** ......... [1] |
| | None = 2; One or Two = 1; Three or More = 0 |
| **C** | **Age at Current Offense/Prior Commitments** ............................. [3] |
| | 26 years or more            Three or fewer prior commitments = 3 |
| |                              Four prior commitments = 2 |
| |                              Five or more commitments = 1 |
| | 22 - 25 years               Three or fewer prior commitments = 2 |
| |                              Four prior commitments = 1 |
| |                              Five or more prior commitments = 0 |
| | 20 - 21 years               Three or fewer prior commitments = 1 |
| |                              Four prior commitments = 0 |
| | 19 years or less            Any number of prior commitments = 0 |
| **D** | **Recent Commitment Free Period (Three Years)** ......................... [0] |
| | No prior commitment of more than 30 days (adult or juvenile) or released to the community from last such commitment at least 3 years prior to the commencement of the current offense = 1; Otherwise = 0. |
| **E** | **Probation/Parole/Confinement/Escape Status Violator This Time** ....... [0] |
| | Neither on probation, parole, confinement or escape status at the time of the current offense; nor committed as a probation, parole, confinement, or escape status violator this time =1; Otherwise =0. |
| **F** | **Older Offenders** ...................................................... [0] |
| | If the offender was 41 years of age or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0. |
| | **TOTAL SCORE** ....................................................... [5] |

Revised 5/6/03

# 2.80 Guideline Worksheet
## Base Point Score

Name: _____  Reg. No. _____

**Category I - Risk of Recidivism (Salient Factor Score)** .................. ☐ 2

| SFS | Risk Category | Points |
|---|---|---|
| 10-8 | Very Good Risk | +0 |
| 7-6 | Good Risk | +1 |
| 5-4 | Fair Risk | +2 |
| 3-0 | Poor Risk | +3 |

**Category II - Current or Prior Violence** .................. ☐ 2

*Note: Use the highest applicable subcategory.*

Violence in current offense and any felony violence in two or more prior offenses     +4

Violence in current offense and any felony violence in one prior offense     +3

Violence in current offense     (+2)

No violence in current offense and any felony violence in two or more prior offenses     +2

Possession of firearm in current offense if current offense is not scored as a crime of violence     +2

No violence in current offense and any felony violence in one prior offense     +1

No violence in current offense and any felony violence     +0

None of the above

**Category III - Death a Victim or High Level Violence (Type of Risk)** .................. ☐ 1

*Note: Use the highest applicable subcategory.*

Current offense involved violence (high level or other violence) with death of victim resulting     +3

Current offense involved attempted murder, murder conspiracy/solicitation, or violence in which death of the victim would have been the probable result     +2

Current offense was high level violence (other than behaviors described above)     +1

None of the above     +0

**Base Point Score (Total of Categories I through III)** .................. ☐ 5