# U.S. DEPARTMENT OF JUSTICE
## United States Parole Commission

### D.C. ORDER
### INITIAL HEARING/RECONSIDERATION HEARING
### POST JANUARY 2, 2001

Name: Longus, Gregory   Institution: Rivers

Reg.No: 30333-007

In the case of the above-named, the Commission has carefully examined all the information at its disposal and the following action with regard to parole, parole status, or mandatory release status is hereby ordered:

Parole effective _____

____ Continue to ___ months (with the special condition for): ____

OR Continue to a presumptive parole 5/21/07 after the service of 80 months (with the special condition for): X Drug Aftercare ___ Alcohol Aftercare ___ (Other - specify) _____

Continue to expiration (with the special condition for): ___ Drug Aftercare ___ Alcohol Aftercare ___ (Other - specify) _____

Continue for a reconsideration hearing in _____ after service of _____ months from your hearing date of _____

[signatures and dates: 7/7/05, 7-13-05, 7/14/05]

Reason: The Commission has accepted the version of your crime that appears in the original presentence report. The assault the victim with a bottle caused injury rated as malicious disfigurement and your guidelines have been adjusted accordingly.

District of Release: ___ DC ___ MD ___ VAE ___ Other (specify) _____

Revised: May 1, 2001



F-1