U.S. Department of Justice

United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

# Notice of Action

Name: LONGUS, Gregory
Register Number: 30333-007
DCDC No: 261-348

Institution: Atlanta USP

Date: January 13, 2006

As a result of the hearing conducted on March 24, 2005, the following action was ordered:

### Correct Notice of Action Dated July 15, 2005 to Read:

Continue to a presumptive parole on May 21, 2007 after service of 82 months. This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

NOTE: Pursuant to 28 C.F.R. § 2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency, which will submit a report to the Commission before a parole certificate can be delivered.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### REASONS:

Your Total Guideline Range is 76-82 month(s). See the attached sheet for the components that make up your Total Guideline Range. These components are your Salient Factor Score; Base Point Score; Base Point Score Guideline Range; Months Required to Serve to Parole Eligibility Date; Disciplinary Guidelines (if applicable); and Superior Program Achievement Award (if applicable).

You have been in confinement as a result of your current offense behavior for a total of 60 months as of July 21, 2005.

After consideration of all factors and information presented, a decision outside the Total Guideline Range at this consideration is not found warranted.

Longus 30333-007
Queued: 01-13-2006 10:17:35 BOP-Atlanta USP

-1-

Clerk: ADC 

REASON: The Commission has accepted the version of your crime that appears in the originals Presentence report. The assault on the victim with a bottle caused injury rated as malicious disfigurement and your guidelines have been adjusted accordingly.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001



Longus 30333-007
Queued: 01-13-2006 10:17:35 BOP-Atlanta USP |

-2-

Clerk: ADC

# SALIENT FACTOR SCORE (SFS-98)

**Your Pts** | **Salient Factor Score (SFS-98) Item Explanations**

1  A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

1  B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

3  C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation)

0  D - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

0  E - Probation/parole/confinement/escape status violator this time
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement, or escape status violator this time = 1; Otherwise = 0

0  F - Older offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

5  Salient Factor Score (SFS-98) (sum of points for A-F above)

**Your Pts** | **Base Point Score Category Explanations**

2  I - Contribution from Salient Factor Score
10-8 (Very Good Risk) = +0; 7-6 (Good Risk) = +1; 5-4 (Fair Risk) = +2; 3-0 (Poor Risk) = +3

2  II - Current or Prior Violence
Violence in current offense and any felony violence in two or more prior offenses = +4; Violence in current offense and any felony violence in one prior offense = +3; Violence in current offense = +2; No violence in current offense and any felony violence in two or more prior offenses = +2; Possession of firearm in current offense if current offense is not scored as a crime of violence = +2; No violence in current offense and any felony violence in one prior offense = +1

1  III - Death of Victim or High Level Violence (Category III points are added to points scored in Categories I and II)
Current offense was high level or other violence with death of victim resulting = +3; Current offense involved attempted murder or violence in which death of a victim would have been a probable result = +2; Current offense was other high level violence = +1

5  Base Point Score (sum I-III above)

# DISCIPLINARY GUIDELINES

Not Applicable

# SUPERIOR PROGRAM ACHIEVEMENT AWARD

Not Applicable

| | Base Point Score Guideline Range |
|---|---|
| 18—24 | Base Point Score Guideline Range |
| 58—58 | Months Required to Serve to Parole Eligibility Date |
| 0—0 | Disciplinary Guideline Range |
| **less** 0—0 | Superior Program Achievement Award (if applicable) |
| 76—82 | Total Guideline Range |

# TOTAL GUIDELINE RANGE

| Base Point Score | Guideline Range |
|---|---|
| 3 or less | 0 months |
| 4 | 12-18 months |
| 5 | 18-24 months |
| 6 | 36-48 months |
| 7 | 54-72 months |
| 8 | 72-96 months |
| 9 | 110-140 months |
| 10 | 136-172 months |

| Base Point Score Guideline Range | | Points For SIS Item C | | |
|---|---|---|---|---|
| | Age | 0-3 | 4-5H | |
| | 26 & Up | | | |
| | 22-25 | | | 2 |
| | 20-21 | 1 | | |
| | 0-19 | 0 | 0 | 0 |