IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY M. LONGUS, JR.,         )
       Plaintiff,         )
                                )
v.                              )    Civil Action No. 06-0421(JGP)
                                )
JACQUELINE R. WYNN, et al,      )
       Defendants.        )
_____)

PLAINTIFF'S pro se MOTION FOR AN EXTENSION OF TIME
TO FILE AN OPPOSION TO THE DEFENDANTS' MOTION TO
DISMISS, OR IN THE ALTERNATIVE TO TRANSFER

    **Comes now** the Plaintiff, Gregory M. Longus, Jr., moving **pro se**, and hereby respectfully requests this Court to grant this instant motion requesting an extension of time in which to file an opposion to the defendant's Motion To Dismiss, Or In The Alternative To Transfer. This Motion is advanced to the Court pursuant to the Federal Rule Of Civil Procedure 6(b)(1). For cause, Plaintiff states as follows:

    1. The defendants have advanced to this Court a Motion To Dismiss, Or In The Alternative To Transfer, with respect to the above-captioned case.

    2. This **pro se** Plaintiff's ability to investigate; gather and present crucial facts; the type and complexity of this case; the complexity of the legal issues; whether the case's factual issues turn an credibility, and the need for the presentation of evidence and cross-examination; the need and unfettered right for full disclosure of documents from Plaintiff's parole file. See **Attachment ONE Disclosure Request Dated 10/28/05.** Specifically, the 45 pages of documents originating from the Bureau Of Prisons(BOP) that is within Plaintiff's parole file.

**RECEIVED**

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Subsequent, to the Disclosure Request dated 10/28/05, Plaintiff request for parole file documents Plaintiff forwarded a certified letter to the BOP's FOIA/PA section all to no avail. **See Attachment TWO Certified Letter Dated 1/30/06.**

4. Thus, Plaintiff's request is in order to receive the aforementioned documents and <u>any</u> other relevant files, records, or documentations to properly file an opposion to the defendants' Motion To Dismiss, Or In The Alternative To Transfer, until Plaintiff receive the 45 pages of documents withheld by the defendants outlined in the 10/28/05 Disclosure Request attached. **See Forrester v. U.S. Parole Com'n,** 310 F.Supp. 2d 162, 167 (D.D.C. 2004)("[a] court must construe Plaintiff's pleadings liberally because they are filed by a <u>pro se</u> litigant")(citing **Haines v. Kerner,** 404, U.S. 519, 520 (1972)); **McNamara v. national Credit Union Ass'N,** 264 F.Supp. 2d 1, 4, n.1 (D.D.C. 2002) (Courts are to grant pro se litigants more latitude in procedural matters.)

5. This requested extension is sought in good faith and dose not appear that the defendant would be unfairly prejudiced by this instant request.

**WHEREFORE,** based on the foregoing, Plaintiff respectfully requests an extension of time to receive the Disclosures outlined in **Attachment ONE** (45 pages originating from the BOP) that are within Plaintiff's parole file to adequately file an opposion to the defendant's Motion To Dismiss, Or In The Alternative To Transfer.

Executed on this 6th day of July 2006

Respectfully Submitted,

/s/ _____
Gregory M. Longus, Jr.
Pro Se

## CERTIFICATE OF SERVICE

This is to certify that the undersigned have this <u>6th</u> day of July 2006, served a true copy of the foregoing upon the below-listed party via first class mail, postage paid by placing the same in the Federal Prisons' Camp mail box, addressed as follows:

       Marian L. Borum, D.C. Bar #435409
       Assistant United States Attorney
       501 Third Street, NW, Fourth Floor
       Washington DC   20530

                               /s/_____
                               Gregory M. Longus, Jr.
                               Pro Se
                               Fed. Reg. No. 30333-007
                               Federal Prison Camp
                               P.O. Box 4000
                               Manchester  Kentucky  40962-4000



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

October 28, 2005

Mr. Gregory Longus
Reg. No. 30333-007
Rivers Correctional Institution
P. O. Box 840
Winton, NC  27986

**Re:  Your Disclosure Request**

Dear Mr. Longus:

This is in response to your request of August 16, 2005 received on August 23, 2005 for copies of documents from your parole file.  The terms of your request cover:

All documents maintained and/or generated by the Commission under your name.

The Commission is disclosing all of the documents you requested which are in your active file as of the date of this response, except those documents or portions of documents listed below.

Because of safety and security reasons, Bureau of Prisons policy prohibits inmates from obtaining or possessing copies of presentence reports or any document that states reasons for a sentencing decision.  Therefore, this disclosure does not include such documents.  You may obtain access to these documents through your institutional unit staff.

Because the Parole Commission is exempt from the access provisions of the Privacy Act, this disclosure is made under the Freedom of Information Act (FOIA).

**Any letters submitted by you are not enclosed, but will be sent if you so request.**

Other material has been provided to the originating agency for a reply:

### DOCUMENT

Letter dated February 21, 2005 (1 page)
Letter with attachments dated April 26, 2005 (290 pages)

### AGENCY NAME

Executive Office for U.S. Attorneys
Washington, D.C.  20530

Attachment ONE

Other material has been provided to the originating agency for a reply:

### DOCUMENT

Documents originating with the Bureau of Prisons (45 pages)

### AGENCY NAME

Bureau of Prisons
Washington, D.C. 20534

Other material has been provided to the originating agency for a reply:

### DOCUMENT

Letter with attachments dated May 20, 2004 (11 pages)

### AGENCY NAME

CSOSA
Washington, D.C. 20004

If you are dissatisfied with my action on this request, you have thirty (30) days from the receipt of this letter to appeal this decision to the Chairman of the U.S. Parole Commission. An appeal to the Chairman must be made in writing and addressed to the Office of the Chairman, U.S. Parole Commission, 5550 Friendship Boulevard, Suite 420, Chevy Chase, MD 20815.

Sincerely,

Tiffanie C. Matheny
FOIA/PA Coordinator

Enclosures - 78 pages

TCM

GREGORY M. LONGUS, JR.
Fed. Reg No. 30333-007
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 40000
Manchester Ky. 40962-4000

January 30, 2006

Wanda M. Hunt
Chief, FOIA / PA Section
Federal Bureau of Prisons
320 First Street NW
Room 843 - HOLC Building
Washington DC 20534

VIA CERTIFIED MAIL
# 7002 0510 1269 4454

RE: **Originating Agency's Reply**

Dear Ms. Hunt:

On or about October 28, 2005, the United States Parole Commission (USPC) advanced a Freedom of Information Act (FOIA) request to the Bureau of Prisons (BOP) for a reply. **See** the attached copy of a letter from the USPC. It now has been over **90 days** from the date of October 28, 2005, dated correspondence of the USPC's FOIA / PA Coordinator Tiffanie C. Matheny. Although, it is not required to inform federal agencies of a **second attempt** at receiving requested documents pursuant to the FOIA. However, this requester avers that as of this instant notice he has not received the **45 pages** of documents outlined in the October 28, 2005, letter from Tiffanie C. Matheny, FOIA / PA Coordinator - USPC. The BOP has failed to relinquish the requested **45 pages** of documents to this requester Gregory M. Longus, Jr., within the twenty (20) day window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i).

At this juncture, to avoid judicial intervention this requester requests the aforementioned **45 pages** of documents outlined in the USPC's letter dated October 28, 2005, **be forwarded without further delay to the above address.** I, the undersigned, hereby declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746. the foregoing is true and correct to the best of my information and knowledge.

Executed on this **30th** day of January 2006      /s/ Gregory M. Longus, Jr.

GML, Jr./

1-30-06

Attachment TWO

