UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY M. LONGUS, JR.,**         )<br>                                                           )<br>         **Plaintiff,**                              )<br>                                                           )<br>         v.                                              )<br>                                                           )<br>**JACQUELINE R. WYNN** *et al*,       )<br>                                                           )<br>         **Defendants.**                         )<br>_____) | Civil Action No. 06-0421 (JGP) |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is

**ORDERED** that defendants' motion to dismiss [Dkt. No. 14] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.


Date: November 7, 2006                                                **JOHN GARRETT PENN**
                                                                                    **United States District Judge**