UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GREGORY M. LONGUS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0421 (JGP) |
| | ) | |
| **JACQUELINE R. WYNN** *et al*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM**

Defendants have moved to dismiss or to transfer this case pursuant to Fed. R. Civ. P. 12(b)(1), (b)(3) and (b)(6).  By Order of June 2, 2006, plaintiff was advised about his obligation to respond to defendants' motion by July 7, 2006, or risk dismissal or transfer of the case.  In granting plaintiff's motion to extend the deadline to September 15, 2006, the Court cautioned again about the consequences of not responding to the motion.  Minute Order (Aug. 11, 2006). Plaintiff has neither responded to defendants' dispositive motion nor sought additional time to respond.  Having considered defendants' reasoned grounds for dismissal, the Court does not find it in the interests of justice to transfer the case.  It therefore will grant the motion to dismiss as conceded.[1]

Date: November 7, 2006                                          JOHN GARRETT PENN
                                                                **United States District Judge**

---

[1] A separate Order of dismissal accompanies this Memorandum.